IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN CHEUNG, | No. C 05-01795 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| BAYER HEALTHCARE LLC, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 20, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 1, 2006.

DESIGNATION OF EXPERTS: 8/1/06; REBUTTAL: 8/11/06.
  Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 1, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by September 15, 2006;

  Opp. Due September 29, 2006; Reply Due October 6, 2006;

   and set for hearing no later than October 20, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 14, 2006 at 3:30 PM.

JURY TRIAL DATE: November 21, 2006 at 8:30 AM.,
  Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The ENE session shall occur before the end of the year.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/7/05

_Susan Illston_
SUSAN ILLSTON
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELLEN CHEUNG,

        Plaintiff,

   v.

BAYER HEALTHCARE LLC,

        Defendant.
                                     /

No. C 05-01795 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>January 20, 2006</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>September 1, 2006</u>.

DESIGNATION OF EXPERTS: <u>8/1/06</u>; REBUTTAL: <u>8/11/06</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>September 1, 2006</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>September 15, 2006</u>;

  Opp. Due <u>September 29, 2006</u>; Reply Due <u>October 6, 2006</u>;

  and set for hearing no later than <u>October 20, 2006</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>November 14, 2006</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>November 21, 2006</u> at <u>8:30 AM.</u>,
  Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The ENE session shall occur before the end of the year.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/7/05

                                               SUSAN ILLSTON
                                               United States District Judge