JEROME SCHREIBSTEIN (SBN 154051)
TERESA McLOUGHLIN RICE (SBN 157175)
JAMES T. CONLEY (SBN 224174)
THE LOUDERBACK LAW FIRM
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendants
BAYER HEALTHCARE LLC,
BAYER PHARMACEUTICALS CORPORATION
and BAYER CORPORATION


RICHARD P. DUANE (SBN 37880)
DUANE & SELTZER, LLP
2000 Center Street, Suite 300
Berkeley, California 94704
Tel: (510) 841-8575
Fax: (510) 845-3016

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN CHEUNG,<br><br>Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE, LLC, BAYER PHARMACEUTICALS CORPORATION, BAYER CORPORATION and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO. C-05-01795 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ALTERNATIVE DISPUTE RESOLUTION DEADLINE** |

WHEREAS, this Court set the completion date for the parties to engage in Alternative Dispute Resolution (hereinafter "ADR") by December 30, 2005;

WHEREAS the parties agreed to participate in Early Neutral Evaluation (hereinafter "ENE");

WHEREAS the parties scheduled an ENE scheduling session with the appointed

evaluator and agreed on a range of dates for the ENE;

WHEREAS the evaluator inadvertently scheduled the ENE for a date the Defendants and their counsel are unavailable;

WHEREAS the parties and the evaluator have addressed these issues through meet and confer on the scheduling of the session;

WHEREAS the holidays have made rescheduling the ENE particularly difficult due to the respective unavailability of the parties, their counsel, and the evaluator;

WHEREAS the ENE session will take place on January 26th, 2006, a date available to the parties, their counsel, and the evaluator;

WHEREAS, plaintiff, on the one hand, and defendants, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. The ADR session will take place on or before January 31, 2006.

**IT IS SO STIPULATED.**

DATED: December 13, 2005　　　　　　　　　DUANE & SELTZER, LLP

By: _____/s/_____
RICHARD P. DUANE
Attorneys for Plaintiff

DATED: December 13, 2005　　　　　　　　　THE LOUDERBACK LAW FIRM

By: _____/s/_____
JEROME SCHREIBSTEIN
TERESA McLOUGHLIN RICE
JAMES T. CONLEY
Attorneys for Defendants
BAYER HEALTHCARE LLC,
BAYER PHARMACEUTICALS
CORPORATION and BAYER
CORPORATION

- 2 -
STIPULATION AND [PROPOSED] ORDER REGARDING ALTERNATIVE DISPUTE RESOLUTION
DEADLINE (C-05-01795 SI)

**IT IS SO ORDERED**

DATED: _____, 2005



HON. _____
United States District Court Judge
Northern District of California

Doc#: 35264

---

- 3 -
**STIPULATION AND [PROPOSED] ORDER REGARDING ALTERNATIVE DISPUTE RESOLUTION DEADLINE (C-05-01795 SI)**