| | |
|---|---|
| 1 | RICHARD P. DUANE (SBN 37880) |
| 2 | DUANE & SELTZER, LLP<br>2000 Center Street, Suite 300 |
| 3 | Berkeley, California 94704<br>Tel: (510) 841-8575 |
| 4 | Fax: (510) 845-3016 |
| 5 | Attorneys for Plaintiff<br>ELLEN CHEUNG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELLEN CHEUNG,

    Plaintiff,

v.

BAYER HEALTHCARE LLC, BAYER PHARMACEUTICALS CORPORATION, BAYER CORPORATION, and DOES 1 to 10, inclusive,

    Defendants.
_____/

Case No. C 05 01795 SI

**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE**

DATE: January 20, 2006
TIME: 2:30 p.m.
DEPT: 10

WHEREAS, the Court has set a Further Case Management Conference for January 20, 2006;

WHEREAS, the Early Neutral Evaluation has been rescheduled for January 26, 2006 due to scheduling conflicts of the parties and the evaluator;

WHEREAS, at this time defendants have not completed the supplemental document production for plaintiff's review;

WHEREAS, plaintiff's attorney, Richard P. Duane, will be at Harvard Law School on January 20, 2006 and, therefore, will not be able to attend the Case Management Conference;

WHEREAS, plaintiff, on the one hand, and defendants, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

    1.    The Further Case Management Conference be continued to February 17, 2006 at

-1-

**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE** (Case No. C 05 01795 SI)

1  2:30 p.m. in Department 10.

2  **IT IS SO STIPULATED.**

3

4  DATED:      January  11 , 2006          DUANE & SELTZER, LLP

5

6                                           /s/ RICHARD P. DUANE
                                            RICHARD P. DUANE
7                                           Attorneys for Plaintiff

8

9  DATED:      January  10 , 2006          THE LOUDERBACK LAW FIRM

10

11                                          By /s/ JAMES T. CONLEY
                                            JEROME SCHREIBSTEIN
12                                          JAMES T. CONLEY
                                            Attorneys for Defendants
13                                          BAYER HEALTHCARE LLC, BAYER
                                            PHARMACEUTICALS CORPORATION and
14                                          BAYER CORPORATION

15

16  **IT IS SO ORDERED.**

17  DATED: _____, 2006

18

19                                          _____
                                            HON.
20                                          United States District Court Judge
                                            Northern District of California
21

22

23

24

25

26

27

28

-2-
**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF FURTHER CASE MANAGEMENT
CONFERENCE** (Case No. C 05 01795 SI)

[Stamp: GRANTED / Judge Susan Illston / United States District Court, Northern District of California]

**PROOF OF SERVICE**

CHEUNG v. BAYER HEALTHCARE, et al.
U.S. District Court
Case No.: C-04-5006 SI

  I, Kay Corlett, declare:

  I am a citizen of the United States of America, am over the age of eighteen (18) years and not a party to the within action. I am an employee of Duane & Seltzer, LLP and my address is 2000 Center Street, Suite 300, Berkeley, California 94704, which is located in the County of Alameda.

  On January 11, 2006, I caused to be served in the manner indicated the following document(s):

**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE**

on the parties involved addressed as follows:

Jerome Schreibstein
The Louderback Law Firm
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Tel: 415/398-7860
Fax: 415/398-7863

 _X_ **BY MAIL:** *I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at Berkeley, California. I am readily familiar with the business practice for collection and processing of mail in this office; that in the ordinary course of business said document would be deposited with the US Postal Service in Berkeley on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this declaration.*

 ____ **BY FACSIMILE**: *By use of facsimile machine telephone number (510) 845-3016, I served a copy of the within document on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting facsimile machine.*

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 11, 2006 at Berkeley, California.

_____<br>Kay Corlett