1  JEROME SCHREIBSTEIN (SBN 154051)
   STEPHEN K. ROBINSON (SBN 217898)
2  PAYNE & FEARS, LLP
3  One Embarcadero Center, Suite 2300
   San Francisco, California 94111
4  Telephone:  (415) 398-7860
   Facsimile:  (415) 398-7863
5
   Attorneys for Defendants
6  BAYER HEALTHCARE LLC,
7  BAYER PHARMACEUTICALS CORPORATION
   and BAYER CORPORATION
8

9  RICHARD P. DUANE (SBN 37880)
   DUANE & SELTZER, LLP
10 2000 Center Street, Suite 300
   Berkeley, California 94704
11 Tel: (510) 841-8575
12 Fax: (510) 845-3016

13             IN THE UNITED STATES DISTRICT COURT

14           FOR THE NORTHERN DISTRICT OF CALIFORNIA

15 | ELLEN CHEUNG, | CASE NO. C-05-01795 SI |
|---|---|
16 | Plaintiff, | **STIPULATION AND [PROPOSED]** |
17 | v. | **ORDER REGARDING DEADLINE TO ADVISE COURT ON SETTLEMENT AND FURTHER ADR** |
18 | BAYER HEALTHCARE, LLC, BAYER PHARMACEUTICALS CORPORATION, | |
19 | BAYER CORPORATION and DOES 1 to 10, inclusive, | |
20 | | |
21 | Defendants. | |

1   WHEREAS, following the May 12, 2006 Case Management Conference, this Court

2   ordered the parties to "advice the court as to the status of the settlement negotiations" by June 2,

3   2006 and "[i]f no settlement has been reached, an ADR procedure must be selected";

4   WHEREAS Bayer was made aware of plaintiff's counter-offer one day prior to that

5   conference;

6   WHEREAS this case involves complicated mathematical calculations with respect to at

7   least one of the claims, involving, inter alia, property tax assessments, mortgage rates, and

8   property values;

9   WHEREAS Bayer is currently assessing plaintiff's counter-offer;

10  WHEREAS Bayer fully expects to be able to make a final decision regarding plaintiff's

11  counter-offer within the next week;

12  WHEREAS, plaintiff, on the one hand, and defendants, on the other hand, are

13  collectively adverse, they agree through their respective counsel and stipulate as follows:

14    1.    The parties will advise the Court as to the status of the settlement negotiations by
        Friday, June 9, 2006.

15    2.    If no settlement has been reached at that time, the parties will select an ADR

16        procedure.

17  **IT IS SO STIPULATED.**

18  DATED:  June 2, 2006               DUANE & SELTZER, LLP

19

20                             By: _____/s/_____

21                                  RICHARD P. DUANE

22                                  Attorneys for Plaintiff

23  DATED:  June 2, 2006               THE LOUDERBACK LAW FIRM

24                             By: _____/s/_____

25                                  JEROME SCHREIBSTEIN
        STEPHEN K. ROBINSON

26                                  Attorneys for Defendants

27                                  BAYER HEALTHCARE LLC,
        BAYER PHARMACEUTICALS

28                                  CORPORATION and BAYER
        CORPORATION

1   **IT IS SO ORDERED.**

2

3   DATED: _____, 2006

4

5                                        _____

6                                        HON. SUSAN ILLSTON
                                         United States District Court Judge
7                                        Northern District of California

8

9

10

11

12   Doc#: 38517

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -