| | |
|---|---|
| 1 | JEROME SCHREIBSTEIN (SBN 154051) |
| 2 | STEPHEN K. ROBINSON (SBN 217898) |
|   | PAYNE & FEARS LLP |
| 3 | One Embarcadero Center, Suite 2300 |
|   | San Francisco, California 94111 |
| 4 | Telephone: (415) 398-7860 |
| 5 | Facsimile: (415) 398-7863 |

Attorneys for Defendants
BAYER HEALTHCARE LLC
BAYER PHARMACEUTICALS CORPORATION,
and BAYER CORPORATION

RICHARD P. DUANE (SBN 37880)
DIANE STANTON (SBN 142196)
DUANE & SELTZER LLP
2000 Center Street, Suite 300
Berkeley, California 94704
Tel: (510) 841-8575
Fax: (510) 845-3016

Attorneys for Plaintiff
ELLEN CHEUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN CHEUNG, | CASE NO. C 05 01795 SI |
| Plaintiff, | **STIPULATION AND *[PROPOSED]* ORDER REGARDING DISCOVERY AND TRIAL SCHEDULE** |
| v. | |
| BAYER HEALTHCARE LLC, BAYER PHARMACEUTICALS CORPORATION, BAYER CORPORATION, and DOES 1 to 10 inclusive, | TRIAL DATE: November 21, 2006 |
| | **Hon. Susan Illston** |
| Defendants. | |

WHEREAS, the cut-off for non-expert discovery is currently set for September 1, 2006;

WHEREAS, trial is currently set for November 21, 2006;

WHEREAS, there have been no previous requests made for a continuance of the trial date or

---

**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND TRIAL SCHEDULE;
CASE NO. C-05-01795 SI - 1**

non-expert discovery cut-off date;

WHEREAS, the parties have made, and continue to make, good faith settlement efforts and have complied with this Court's orders in doing so;

WHEREAS, the parties had informally agreed to delay further discovery during settlement efforts in order to avoid unnecessary costs on either side;

WHEREAS, the parties have now agreed to proceed with limited discovery in order to facilitate further settlement discussions and/or prepare for trial;

WHEREAS, plaintiff's lead counsel, Richard P. Duane, Esq. will be on a three week vacation beginning July 30, 2006;

WHEREAS, upon Mr. Duane's return, the parties will not have adequate time with which to conduct non-expert discovery prior to the current non-expert discovery cut-off;

WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. The Trial Date will now be February 20, 2007, ~~or as the Court sees fit~~; Pretrial Conf: 2/6/07 @ 3:30 p.m.

2. The Last Day for Non-Expert Discovery will now be December 19, 2006, ~~or as the Court sees fit.~~

**IT IS SO STIPULATED**.

DATED: August 3, 2006   DUANE & SELTZER LLP

By: ___s/_____
RICHARD P. DUANE
DIANE STANTON
Attorneys for Plaintiff

DATED: August 3, 2006   PAYNE & FEARS LLP

By: ___s/_____
JEROME SCHREIBSTEIN
STEPHEN K. ROBINSON
Attorneys for Defendants
BAYER HEALTHCARE LLC,
BAYER PHARMACEUTICALS
CORPORATION, and BAYER
CORPORATION

STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND TRIAL SCHEDULE;
CASE NO. C-05-01795 SI - 2

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  DATED: _____, 2006

4

5  _____
   *Susan Illston*

6  HON. ~~JEFFREY S. WHITE~~
   United States District Court Judge
7  Northern District of California

   #324679
8

9

10

...

28

---

STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND TRIAL SCHEDULE;
CASE NO. C-05-01795 SI - 3