JEROME SCHREIBSTEIN (SBN 154051)
STEPHEN K. ROBINSON (SBN 217898)
PAYNE & FEARS LLP
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendants
BAYER HEALTHCARE LLC
BAYER PHARMACEUTICALS CORPORATION,
and BAYER CORPORATION

RICHARD P. DUANE (SBN 37880)
DIANE STANTON (SBN 142196)
DUANE & SELTZER LLP
2000 Center Street, Suite 300
Berkeley, California 94704
Tel: (510) 841-8575
Fax: (510) 845-3016

Attorneys for Plaintiff
ELLEN CHEUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN CHEUNG,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE LLC, BAYER PHARMACEUTICALS CORPORATION, BAYER CORPORATION, and DOES 1 to 10 inclusive,<br><br>　　　　　　Defendants. | CASE NO. C 05 01795 SI<br><br>**STIPULATION AND *[PROPOSED]* ORDER REGARDING DISPOSITIVE MOTIONS**<br><br>**TRIAL DATE:** February 20, 2007<br><br>**Hon. Susan Illston** |

　　　　WHEREAS, the Dispositive Motions are currently due to be filed by September 15, 2006;

　　　　WHEREAS, hearing for Dispositive Motions is currently set for October 20, 2006;

　　　　WHEREAS, pursuant to stipulation and court order the cut-off for non-expert discovery is currently set for December 19, 2006;

---

**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND TRIAL SCHEDULE;
CASE NO. C-05-01795 SI - 1**

WHEREAS, pursuant to stipulation and court order the trial is currently set for February 20, 2007;

WHEREAS, there have been no previous requests made for the continuance of dates related to Dispositive Motions;

WHEREAS, the parties are currently proceeding with written discovery and depositions;

WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively adverse, they agree through their respective counsel and stipulate as follows:

1. Dispositive Motions will now be filed by November 3, 2006;

2. Hearing for Dispositive Motions will be December 8, 2006.

**IT IS SO STIPULATED.**

DATED: August 30, 2006          DUANE & SELTZER LLP

                                By: ___s/_____
                                    RICHARD P. DUANE
                                    DIANE STANTON
                                    Attorneys for Plaintiff

DATED: August 30, 2006          PAYNE & FEARS LLP

                                By: ___s/_____
                                    JEROME SCHREIBSTEIN
                                    STEPHEN K. ROBINSON
                                    Attorneys for Defendants
                                    BAYER HEALTHCARE LLC,
                                    BAYER PHARMACEUTICALS
                                    CORPORATION, and BAYER
                                    CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2006

                                _____
                                HON. SUSAN ILLSTON
                                United States District Court Judge
                                Northern District of California

#327658

---

**STIPULATION AND [PROPOSED] ORDER REGARDING DISCOVERY AND TRIAL SCHEDULE; CASE NO. C-05-01795 SI - 2**