JEROME SCHREIBSTEIN (SBN 154051)
STEPHEN K. ROBINSON (SBN 217898)
PAYNE & FEARS LLP
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendants
BAYER HEALTHCARE LLC
BAYER PHARMACEUTICALS CORPORATION,
and BAYER CORPORATION

RICHARD P. DUANE (SBN 37880)
DIANE STANTON (SBN 142196)
DUANE & SELTZER LLP
2000 Center Street, Suite 300
Berkeley, California 94704
Tel: (510) 841-8575
Fax: (510) 845-3016

Attorneys for Plaintiff
ELLEN CHEUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN CHEUNG,<br><br>                     Plaintiff,<br><br>        v.<br><br>BAYER HEALTHCARE LLC, BAYER PHARMACEUTICALS CORPORATION, BAYER CORPORATION, and DOES 1 to 10 inclusive,<br><br>                     Defendants. | CASE NO. C 05 01795 SI<br><br>**STIPULATION AND *[PROPOSED]* ORDER REGARDING EXPERT DISCOVERY**<br><br>**TRIAL DATE:   February 20, 2007**<br><br>**Hon. Susan Illston** |

WHEREAS, Expert Disclosures are currently due by September 15, 2006;

WHEREAS, Expert Discovery cutoff is currently set for October 7, 2006;

WHEREAS, pursuant to stipulation and court order Dispositive Motions are due to be filed by November 3, 2006;

1         WHEREAS, pursuant to stipulation and court order the Hearing for Dispositive Motions

2 will be December 8, 2006;

3         WHEREAS, pursuant to stipulation and court order the cut-off for non-expert discovery is

4 currently set for December 19, 2006;

5         WHEREAS, pursuant to stipulation and court order the trial is currently set for February 20,

6 2007;

7         WHEREAS, there have been no previous requests made for a continuance of Expert

8 Discovery dates;

9         WHEREAS, the parties wish to set Expert Discovery back to once again coincide with the

10 Dispositive Motions schedule;

11         WHEREAS, the parties are currently proceeding with written discovery and depositions;

12         WHEREAS, plaintiff, on the one hand, and Bayer, on the other hand, are collectively

13 adverse, they agree through their respective counsel and stipulate as follows:

14         1.       The last day to Designate Experts will now be November 17, 2006;

15         2.       The Expert Discovery cutoff will now be December 15, 2006.

16

17 **IT IS SO STIPULATED.**

18 DATED: September 13, 2006             DUANE & SELTZER LLP

19

20                             By:   s/ _____
                                    RICHARD P. DUANE

21                                       DIANE STANTON
                                    Attorneys for Plaintiff

22

23 DATED: September 13, 2006             PAYNE & FEARS LLP

24

25                             By:   s/ _____
                                      JEROME SCHREIBSTEIN

26                                       STEPHEN K. ROBINSON
                                    Attorneys for Defendants

27                                       BAYER HEALTHCARE LLC,
                                      BAYER PHARMACEUTICALS

28                                       CORPORATION, and BAYER
                                      CORPORATION

1    PURSUANT TO STIPULATION, IT IS SO ORDERED.

2    DATED: _____, 2006

3

4                                                    _____

5                                                    HON. SUSAN ILLSTON
                                                     United States District Court Judge
6                                                    Northern District of California

7    #327658

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY;**
**CASE NO. C-05-01795 SI - 3**