☐ ORIGINAL

RECEIVED

07 JUN -5 PM 2: 15

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Charles Louderbach, Esq. (SBN 88788)
PAYNE & FEARS, LLP
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile:  (415) 398-7863

Attorneys for Defendant
BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLEN CHEUNG,<br><br>     Plaintiff,<br><br>v.<br><br>BAYER HEALTHCARE LLC, BAYER PHARMACEUTICALS CORPORATION, BAYER CORPORATION, and DOES 1 to 10 inclusive,<br><br>     Defendants. | CASE NO. C-05-01795 SI<br><br>**SUBSTITUTION OF ATTORNEY & [PROPOSED] ORDER** |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD FOR PLAINTIFF HEREIN:

Notice is hereby given that Defendant BAYER HEALTHCARE LLC substitutes the Law Office of Jerome Schreibstein as their attorney of record in place of Payne and Fears, LLP. The address and telephone number of The Law Offices of Jerome Schreibstein, to which all further notices, pleadings, orders, and correspondence should be sent, are:

Law Offices of Jerome Schreibstein, Esq.
275 Battery Street, 18th Floor
San Francisco, CA 94111
Telephone: (415) 875-3355
Facsimile: (415) 358-9885

```
 1
 2  DATED: June 1, 2007                    PAYNE & FEARS, LLP
 3
 4                                         By: _____
 5                                              CHARLES LOUDERBACH
                                                Attorneys for Defendant
 6                                              BAYER HEALTHCARE LLC
 7
 8       I requested, accept, and consent to substitute The Law Offices of Jerome Schreibstein as
 9  Defendant BayerHealthCare, LLC's counsel of record in this civil action.
10
11  DATED: June 1, 2007                    LAW OFFICE OF JEROME SCHREIBSTEIN
12
13
14                                         By: _____
                                                JEROME SCHREIBSTEIN
15                                              Attorney for Defendant
                                                BAYER HEALTHCARE LLC
16
17
18       I consent to and accept this substitution of attorney.
19
    DATED: June __, 2007                   BAYER HEALTHCARE LLC
20
21
22                                         By: _____
23                                         **ORDER**
24
         The above substitution of attorney read and considered, IT IS SO ORDERED.
25
26
27  DATED: June ___, 2007                  _____
                                           United States District Court Judge
28  357624.1
```

## PROOF OF SERVICE

Cheung v Bayer HealthCare, LLC, et al

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is .

On June 5, 2007, I served the following document(s) described as **SUBSTITUTION OF ATTORNEY & [PROPOSED] ORDER** on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

Richard P. Duane, Esq.    Attorneys For Plaintiff Ellen Cheung
Diane Stanton, Esq.
DUANE & SELTZER LLP
2000 Center Street, Suite 300
Berkeley, CA  94704
Tele: (510) 841-8575
Fax: (510) 845-3016

[X] **(BY U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Francisco, California.

[ ] **(By Personal Service)** I delivered by hand on the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

[ ] **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

[ ] **(By Overnight Courier)** served the above referenced document(s) enclosed in a sealed package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

[ ] **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 5, 2007, at San Francisco, California.

_____
ALICIA S. CARR

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CA 94111
(415) 398-7860