IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN CHEUNG, | No. C 05-1795 SI |
| Plaintiff, | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| BAYER HEALTHCARE LLC, et al., | |
| Defendants. | |

The Court has received plaintiff's request to vacate the Court's October 19, 2006 Order of Dismissal Upon Settlement and to restore this case to "active status." Defendant Bayer HealthCare LLC has filed a letter in opposition. The Court will hold a case management conference on November 9, 2007 at 2:30 p.m. to discuss whether this case should be reopened.

**IT IS SO ORDERED.**

Dated: October 1, 2007

SUSAN ILLSTON
United States District Judge