JEROME SCHREIBSTEIN (SBN: 154051)
LAW OFFICE OF JEROME SCHREIBSTEIN
Embarcadero Center West
275 Battery Street, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 875-3355
Facsimile:  (415) 358-9885

Attorneys for Defendants
BAYER HEALTHCARE LLC, BAYER CORPORATION,
and BAYER PHARMACEUTICALS CORPORATION

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN CHEUNG,<br><br>  Plaintiff,<br><br>  v.<br><br>BAYER HEALTHCARE LLC, BAYER CORPORATION, and BAYER PHARMACEUTICALS CORPORATION,<br><br>  Defendant. | CASE NO. C-05-01795 SI<br><br>**STIPULATION & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

## STIPULATION

IT IS HEREBY STIPULTED BETWEEN PLAINTIFF ELLEN CHEUNG AND DEFENDANT BAYER HEALTHCARE LLC ("Bayer"), THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:

WHEREAS, this Court previously set on a further Case Management Conference in this matter for March 14, 2008 at 2:30 p.m. to determine the parties' efforts at resolution;

WHEREAS, the parties have now entered an agreement for full resolution of this matter and it is expected that the agreement will be fully executed and the matter dismissed shortly;

WHEREAS, counsel for Bayer has telephonically apprised the Court's Clerk, Ms. Tracy Sutton, of these facts and has been directed to prepare a Stipulation and Order so that the Court may continue the currently pending Case Management Conference;

Accordingly, the parties stipulate as follows: the current March 14, 2008 Case Management Conference should be continued to March 28, 2008 or as soon thereafter as the Court's calendar permits.

IT IS SO STIPULATED.

DATED: March 10, 2008          LAW OFFICE OF JEROME SCHREIBSTEIN

By: _____/S/_____
JEROME SCHREIBSTEIN
Attorneys for Defendants BAYER HEALTHCARE LLC, BAYER CORPORATION, and BAYER PHARMACEUTICALS CORPORATION

DATED: March 10, 2008          DUANE & SELTZER LLP

By: _____/S/_____
RICHARD DUANE, ESQ.
Attorneys for Plaintiff ELLEN NGOI YIN CHEUNG

### ORDER

BASED ON THE FOREGOING STIPULATION OF THE PARTIES AND GOOD CAUSE OTHERWISE APEARING, the Court Orders as follows: that the Case Management Conference scheduled for March 14, 2008 at 2:30 p.m. is continued to:

March 28, 2008

IT IS SO ORDERED.

Dated:                By: _____/s/ Susan Illston_____
Honorable Susan Illston
United States District Court Judge