JEROME SCHREIBSTEIN (SBN: 154051)
LAW OFFICE OF JEROME SCHREIBSTEIN
Embarcadero Center West
275 Battery Street, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 875-3355
Facsimile: (415) 358-9885

Attorneys for Defendants
BAYER HEALTHCARE LLC, BAYER CORPORATION,
and BAYER PHARMACEUTICALS CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLEN CHEUNG, <br><br> Plaintiff, <br><br> v. <br><br> BAYER HEALTHCARE LLC, BAYER CORPORATION, and BAYER PHARMACEUTICALS CORPORATION, <br><br> Defendant. | CASE NO. C-05-01795 SI <br><br> **STIPULATION & [PROPOSED] ORDER OF DISMISSAL** |

## STIPULATION

IT IS HEREBY STIPULTED BETWEEN PLAINTIFF ELLEN CHEUNG, ON THE ONE HAND, AND DEFENDANTS BAYER HEALTHCARE LLC, BAYER CORPORATION, and BAYER PHARMACEUTICALS CORPORATION, THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:

1. This action has been resolved pursuant to agreement between the parties, the conditions of which have now been satisfied.

-1-

**STIPULATION & [PROPOSED] ORDER OF DISMISSAL (CASE NO. C-05-01795 SI)**

//5547669v.1

    2.    The parties therefore request that this action be dismissed with prejudice.

IT IS SO STIPULATED.

DATED: March 17, 2008        LAW OFFICE OF JEROME SCHREIBSTEIN

By: _____/S/_____
JEROME SCHREIBSTEIN
Attorneys for Defendants BAYER HEALTHCARE LLC, BAYER CORPORATION, and BAYER PHARMACEUTICALS CORPORATION

DATED: March 17, 2008        DUANE & SELTZER LLP

By: _____/S/_____
RICHARD DUANE, ESQ.
Attorneys for Plaintiff ELLEN NGOI YIN CHEUNG

**ORDER**

GOOD CAUSE APPEARING, and based on the stipulation of the parties, the above-captioned action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: _____    By: _____
Honorable Susan Illston
United States District Court Judge